IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN DALE PONDER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:10cv112-MHT |
| | ) | (WO) |
| LORETTA E. HUFF, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Plaintiff filed this lawsuit asking that this federal court interfere in certain state criminal and civil cases. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of June, 2010.


                                   /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**